UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>E. COTA, et al.,<br><br>    Defendants. | No. 2:19-cv-1423-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 13, 2020, are adopted in full.

2. Plaintiff's "First Amendment (Substantive)" claims against defendants Cota, Burnes, Mccarvel, Garza, and Rodriguez are dismissed without leave to amend.

1

3. Plaintiff's claim that defendant Hubbard denied his substantive First Amendment rights by issuing a false RVR against plaintiff is dismissed without leave to amend.

4. Plaintiff's substantive First Amendment claims against Hubbard for preventing him from speaking with a psychologist and against Tumacder are dismissed with leave to amend.

5. Plaintiff's First Amendment retaliation claims against Mccarvel, Tumacder, Garza, and Rodriguez are dismissed with leave to amend.

6. Plaintiff's substantive due process, procedural due process, equal protection, and "deliberate indifference" claims are dismissed with leave to amend as to all defendants.

7. This court finds that plaintiff has, for the limited purposes of § 1915A screening, stated potentially cognizable First Amendment retaliation claims against defendants Cota, Burnes, Hubbard, Case, and Salcedo.

8. The matter is referred back to the assigned magistrate judge for further pretrial proceedings.

DATED: March 23, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE