UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>                    Plaintiff,<br><br>     v.<br><br>E. COTA, et al.,<br><br>                    Defendants. | No.  2:19-cv-1423-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On April 6, 2020, the court informed plaintiff that he could either proceed on certain claims identified by the court as potentially cognizable or amend his complaint.  ECF No. 22.  On May 4, 2020, plaintiff notified the court that he intended to file an amended complaint.  ECF No. 23.   To date, no amended complaint has been filed.

Accordingly, it is ORDERED that:

1. Plaintiff shall file an amended complaint within thirty days from the date of service of this order.

2. Failure to comply with any part of this this order may result in dismissal of this action.

DATED: June 24, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE