UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. COTA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01423-JAM-JDP (PC)<br><br>ORDER DISCHARGING THE FEBRUARY 18, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 32 |

For good cause shown in plaintiff's response, ECF No. 33, the court discharges its February 18, 2021 order to show cause, ECF No. 32. The court will screen plaintiff's third amended complaint in due course.

IT IS SO ORDERED.

Dated: 　May 4, 2021　

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE