UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>              Plaintiff,<br><br>   v.<br><br>E. COTA, et al.,<br><br>              Defendants. | No. 2:19-cv-1423-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 37 |

Plaintiff filed a motion for extension of time to file objections to the court's May 12, 2021 findings and recommendations. For good cause shown:

    1. plaintiff's motion for an extension of time, ECF No. 37, is granted; and

    2. plaintiff has thirty days from the date of entry of this order to file any objections.

IT IS SO ORDERED.

Dated:   June 2, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE