UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. COTA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01423-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>ECF No. 39 |

Plaintiff has filed a motion for a second extension of time to file objections to the May 12, 2021 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 39, is granted.

2. Plaintiff is granted thirty days from the date of this order to file objections to the May 12, 2021 findings and recommendations.

3. Absent a showing of extraordinary cause, the court is not inclined to grant any further extensions.

IT IS SO ORDERED.

Dated: __July 29, 2021__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE