| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | MARISA KIRSCHENBAUER, State Bar No. 226729 |
| | Supervising Deputy Attorney General |
| 3 | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA 94102-7004 |
| 4 | Telephone: (415) 510-3582 |
| | Fax: (415) 703-5843 |
| 5 | E-mail: Marisa.Kirschenbauer@doj.ca.gov |
| | *Attorneys for Defendants* |
| 6 | *E. Cota and A. Reilly* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALLEN HAMMLER,** | Case No. 2:19-cv-01423 JAM JDP |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE OF MATTERS AND RECORDS IN SUPPORT OF DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS** |
| v. | |
| **E. COTA, et al.,** | |
| Defendants. | Courtroom: Room 9, 13th Floor |
| | Judge: The Honorable Jeremy D. Peterson |
| | Action Filed: June 4, 2019 |

Defendants Cota and Reilly respectfully requests that, under Rule 201(b)(2) of the Federal Rules of Evidence, the Court take judicial notice of the existence and content of the court records discussed below from Plaintiff Allen Hammler's previous civil court proceedings.

"The court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The court may take such a notice *sua sponte* or must take it when "a party requests it and the court is supplied with the necessary information." *Ibid.* at 201(c)(2). "A court may take judicial notice of 'matters of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Courts may also take judicial notice of another court's

1

opinion for their existence. *Id.* at 689–90. In reviewing *in forma pauperis* related matters, courts may consider their own records and files. *See Williams v Field*, 394 F.2d 329, 332 (9th Cir. 1968) (citation omitted).

Defendants respectfully request that the Court take judicial notice of the existence and content of the following court documents and records:

1. Findings and Recommendations in the matter of *Hammler v. California*, 1:20-cv-630 (E.D. Cal. 2020), ECF No. 20, a true and correct copy of which is attached as **Exhibit 1**.

2. Order Dismissing Case Without Prejudice in the matter of *Hammler v. California*, 1:20-cv-630 (E.D. Cal. 2020), ECF No. 26, a true and correct copy of which is attached as **Exhibit 2**.

3. Order Dismissing Civil Action in the matter of *Hammler v. Hough*, 3:18-cv-01319 (S.D. Cal. 2019), ECF No. 12, a true and correct copy of which is attached as **Exhibit 3**.

4. Order in the matter of *Hammler v. Hough*, 19-55732 (9th Cir. 2020), ECF No. 18, a true and correct copy of which is attached as **Exhibit 4**.

5. Order Dismissing First Amended Complaint in the matter of *Hammler v. Kernan*, 3:18-cv-01170 (S.D. Cal. 2018), ECF No. 11, a true and correct copy of which is attached as **Exhibit 5**.

6. Order in the matter of *Hammler v. Kernan*, 20-56421 (9th Cir. 2021), ECF No. 29, a true and correct copy of which is attached as **Exhibit 6**.

7. Order of Dismissal With Leave to Amend in the matter of *Hammler v. Director of CDCR*, 1:17-cv-00097 (N.D. Cal. 2017), ECF No. 9, a true and correct copy of which is attached as **Exhibit 7**.

8. Order of Dismissal in the matter of *Hammler v. Director of CDCR*, 1:17-cv-00097 (N.D. Cal. 2017), ECF No. 10, a true and correct copy of which is attached as **Exhibit 8**.

///
///
///
///
///
///

2

Defs.' Request for Jud. Notice (2:19-cv-01423 JAM JDP)

Dated: January 6, 2022  Respectfully submitted,

ROB BONTA
Attorney General of California


/s/ *Marisa Kirschenbauer*
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
*Attorneys for Defendants*
*E. Cota and A. Reilly*

SA2021402281
35803548.docx

3

Defs.' Request for Jud. Notice (2:19-cv-01423 JAM JDP)