IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALLEN HAMMLER,** <br><br> Plaintiff, <br><br> v. <br><br> **E. COTA, et al.,** <br><br> Defendants. | Case No. 2:19-cv-01423 JAM JDP <br><br> ~~**[PROPOSED]**~~ **ORDER** |

    Defendants Cota and Reilly filed a motion to modify the court's order of service and set a new briefing schedule. ECF No. 51. The court has read and considered defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

    Accordingly, defendants' motion, ECF No. 51, is GRANTED. The deadline for defendants to file a responsive pleading is set to 30 days after this court makes a ruling on defendants' motion to revoke plaintiff's *in forma pauperis* status, if the court denies defendants' motion.

1
2   IT IS SO ORDERED.
3
4   Dated:   February 3, 2022                          _____
                                                        JEREMY D. PETERSON
5                                                       UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28