1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALLEN HAMMLER,                            No.  2:19-cv-01423-DAD-JDP (PC)

12                    Plaintiff,

13         v.                                    ORDER DISMISSING ACTION DUE TO
                                                 PLAINTIFF'S FAILURE TO PAY FILING
14    E. COTA, et al.,                           FEE

15                    Defendants.                (Doc. No. 59)

16

17         Plaintiff Allen Hammler is a state prisoner proceeding *pro se* in this civil rights action

18    pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On August 5, 2022, the assigned magistrate judge issued findings and recommendations

21    recommending that defendants' motion to revoke plaintiff's *in forma pauperis* status under 28

22    U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals

23    and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action.

24    (Doc. No. 57.)  On September 6, 2022, the undersigned adopted those findings and

25    recommendations, revoked plaintiff's *in forma pauperis* status, and ordered plaintiff to pay the

26    $402 filing fee in full within twenty-one (21) days.  (Doc. No. 59.)  Plaintiff was cautioned that

27    his failure to comply with that order and pay the required filing fee within the specified time

28    would result in dismissal of this action.  (*Id.* at 2.)

                                                 1

1       To date, plaintiff has not paid the required filing fee or requested an extension of time to

2 do so, and the deadline to pay the required filing fee has now passed.

3       Accordingly,

4       1.      This action is dismissed without prejudice due to plaintiff's failure to pay the

5             required filing fee; and

6       2.      The Clerk of the Court is directed to close this case.

7       IT IS SO ORDERED.

8 Dated:   **October 30, 2022**

9                             UNITED STATES DISTRICT JUDGE

2